# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carney, Cormac J. | District Court - Central District of California | 04/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building
411 West Fourth Street
Santa Ana, CA 92701-4516

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee/Trustee | Family Trust #1 |
| 2. Power of Attorney | Family Member |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | University of California Retirement Plan |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Carney, Cormac J. | 04/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place (X) after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Wells Fargo Bank Accounts | D | Interest | N | T | | | | | |
| 2.  Vanguard Wellington Fund - VWENX | D | Dividend | | | Closed | 10/08/19 | L | A | |
| 3.  Vanguard Health Fund - VGHCX | B | Dividend | | | Closed | 10/08/19 | K | B | |
| 4.  Janus/Henderson Forty Fund - JACTX | D | Dividend | | | Closed | 10/28/19 | L | A | |
| 5.  American Century Ultra - TWCUX | B | Dividend | | | Closed | 11/04/19 | M | B | |
| 6.  County Deferred Comp. Plan (H) | | | | | | | | | |
| 7.  -Stable Value Fund | A | Dividend | J | T | | | | | |
| 8.  -Loomis Sayles Cove Plus Bond N | A | Dividend | J | T | | | | | |
| 9.  IRA # 1 (H) | | | | | | | | | |
| 10. -Pimco INCM - PONDX | A | Dividend | M | T | | | | | |
| 11. -Prudential High Yield Fund - PHYZX | A | Dividend | L | T | | | | | |
| 12. -Schwab Money Market Fund | A | Interest | | | Sold | 10/02/19 | J | | |
| 13. -COST | A | Dividend | K | T | | | | | |
| 14. -Clipper Fund - CFIMX | D | Dividend | K | T | | | | | |
| 15. -HD | A | Dividend | J | T | | | | | |
| 16. -MRK | A | Dividend | J | T | | | | | |
| 17. -BRKB | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -TGT | A | Dividend | J | T | | | | | |
| 19.   -P&G | A | Dividend | J | T | | | | | |
| 20.   -AAPL | A | Dividend | L | T | | | | | |
| 21.   -Meridian Growth Fund - MERDX | A | Dividend | M | T | | | | | |
| 22.   -Schwab 1000 Index Fund - SNXFX | C | Dividend | M | T | | | | | |
| 23.   -Schwab Intl Index Fund - SWISX | C | Dividend | K | T | | | | | |
| 24.   -Tweedy Browne Global Value Fund - TBGVX | D | Dividend | L | T | | | | | |
| 25.   -Vanguard Small Cap Index Fund - VSMAX | D | Dividend | L | T | | | | | |
| 26.   -SPYG | A | Dividend | K | T | | | | | |
| 27.   -Allianz Small Cap - PCVAX | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 28.   -American Balanced - BALFX | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 29.   -American Capital World Growth - CWGFX | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 30.   -Franklin Rising Dividends - FRDPX | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 31.   -Growth Fd America - GFAFX | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 32.   -Investco Global Core Equity - AWSAX | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 33.   -Pimco Total Return - PTTAX | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 34.   401(k) (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Dodge and Cox Stock | B | Dividend | | | Sold | 10/16/19 | K | | |
| 36. -American Funds Target 2025 | A | Dividend | | | Sold | 10/16/19 | K | | |
| 37. -Metro West Total Return | A | Dividend | | | Sold | 10/16/19 | J | | |
| 38. Brokerage Account (H) | | | | | | | | | |
| 39. -American Funds Balanced - BALFX | B | Dividend | K | T | | | | | |
| 40. -Capital Income Bldr FD - CIBCX | A | Dividend | J | T | | | | | |
| 41. -American Funds Growth - GFAFX | D | Dividend | K | T | | | | | |
| 42. -Investco Small Cap Value - VSCAX | A | Dividend | | | Sold | 12/24/19 | J | | |
| 43. -Washington Mutual Investors Fund - WSHFX | B | Dividend | J | T | | | | | |
| 44. -American Funds New Perspective Fund - NPFFX | B | Dividend | K | T | | | | | |
| 45. -Putnam CA Tax Exempt Income - PCTEX | A | Dividend | | | Sold | 10/22/19 | L | | |
| 46. -Vanguard Wellington - VWENX | D | Dividend | L | T | Open | 10/08/19 | L | | |
| 47. -Vanguard Healthcare - VGHCX | B | Dividend | K | T | Open | 10/08/19 | K | | |
| 48. -Janus/Henderson Forty - JACTX | D | Dividend | L | T | Open | 10/28/19 | L | | |
| 49. -Northern Equity Int Index - NOINX | A | Dividend | K | T | Buy | 12/04/19 | K | | |
| 50. -Northern Tax Adv Ultra Short - NTAUX | A | Dividend | N | T | Buy | 12/04/19 | N | | |
| 51. -Dimensions Emerging Mrkts - DFCEX | A | Dividend | J | T | Buy | 12/04/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Northern Cal Inter Tax-Exempt - NCITX | A | Dividend | L | T | Buy | 12/26/19 | L | | |
| 53. -Northern High Yield Fixed Inc - NHFIX | A | Dividend | K | T | Buy | 12/26/19 | K | | |
| 54. -Russell 2000 - IWM | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 55. -SPDR Midcap 400 - MDY | A | Dividend | J | T | Buy | 12/24/19 | J | | |
| 56. -American Century Ultra - TWCUX | B | Dividend | M | T | Open | 11/04/19 | M | | |
| 57. IRA Rollover (H) | | | | | | | | | |
| 58. -Growth FD Amer Inc - GFACX | B | Dividend | | | Sold | 10/01/19 | J | | |
| 59. -Franklin Rising Dividends - FRDPX | B | Dividend | | | Sold | 10/01/19 | J | | |
| 60. -Allianz NFJ Small Cap - PCVAX | B | Dividend | | | Sold | 10/01/19 | J | | |
| 61. -Capital World Growth & Income - CWGAX | B | Dividend | | | Sold | 10/01/19 | J | | |
| 62. -Pimco Total Return - PTTAX | A | Dividend | | | Sold | 10/01/19 | J | | |
| 63. -Amer Blanced Fund - BALCX | B | Dividend | | | Sold | 10/01/19 | J | | |
| 64. -Investco Global Core Eq Fund | A | Dividend | | | Sold | 10/01/19 | J | | |
| 65. Variable Life Insurance (H) | | | | | | | | | |
| 66. -NW Mutual Index 400 Stock Fund | B | Dividend | K | T | | | | | |
| 67. -Russell Real Estate Securities Fund | B | Dividend | K | T | | | | | |
| 68. -Wells Capital Mgmt | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -NW Mutual Index 500 | A | Dividend | L | T | | | | | |
| 70.   -NW Mutual International Growth | A | Dividend | L | T | | | | | |
| 71.   - Fidelity VIP Contrafund | A | Dividend | L | T | | | | | |
| 72.   -NW Mutual Index 600 | A | Dividend | J | T | | | | | |
| 73.   -NW Mutual Research International Core | A | Dividend | K | T | | | | | |
| 74.   -Aberdeen Emerging Markets Equity | A | Dividend | K | T | | | | | |
| 75.   -Pimco MultiSector Bond | A | Dividend | K | T | | | | | |
| 76.   Inherited IRA # 1(H) | | | | | | | | | |
| 77.   -JPM | A | Dividend | L | T | | | | | |
| 78.   -FDFFX | A | Dividend | K | T | | | | | |
| 79.   -PRPFX | A | Dividend | L | T | | | | | |
| 80.   -FDRXX | A | Interest | | | Sold | 10/01/19 | K | C | |
| 81.   -FSCRX | B | Dividend | K | T | | | | | |
| 82.   Retirement Savings Program (H) | | | | | | | | | |
| 83.   -UC Domestic Equity Index Fund | A | Dividend | | | Sold | 10/14/19 | K | D | |
| 84.   -UC International Equity Index Fund | A | Dividend | | | Sold | 10/14/19 | J | A | |
| 85.   -UC Domestic Sm Cap Eq | A | Dividend | | | Sold | 10/14/19 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carney, Cormac J.** | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place (X) after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -UC Bond Fund | A | Dividend | | | Sold | 10/14/19 | K | B | |
| 87. -UC Pathway 2060 | A | Dividend | | | Sold | 10/14/19 | J | B | |
| 88. Family Trust # 1 (H) | | | | | | | | | |
| 89. -Wells Fargo Account | A | Interest | L | T | | | | | |
| 90. -Bank of America Account | A | Interest | | | Closed | 07/05/19 | L | A | |
| 91. -Fundamental Investors (ANCFX) | A | Dividend | | | Sold | 01/02/19 | N | | |
| 92. -Guggenheim Styleplus LG Core (SECEX) | A | Dividend | | | Sold | 05/31/19 | N | | |
| 93. -SPDR S&P MidCap 400 (MDX) | B | Dividend | | | Sold | 10/16/19 | K | A | |
| 94. -Northern Fds Small Cap Index (INSIDX) | A | Dividend | | | Sold | 10/15/19 | K | | |
| 95. -Northern Fds Equity Index (NOINX) | D | Dividend | | | Sold | 10/15/19 | M | C | |
| 96. -DFA Invt Dimensions Emerg Mkts (DFCEX) | A | Dividend | | | Sold | 10/15/19 | J | | |
| 97. -Northern Fds Ultra Short Fixed Inc (NUSFX) | D | Int./Div. | | | Sold | 10/15/19 | O | B | |
| 98. -Northern Fds Bond Index (NOBOX) | A | Int./Div. | | | Sold | 10/15/19 | L | A | |
| 99. -Northern High Yield Fixed Income (NHFIX) | B | Int./Div. | | | Sold | 10/15/19 | L | A | |
| 100. -Shell Intl B (RDSALN) | A | Dividend | | | Sold | 09/23/19 | K | | |
| 101. -Flexshares Index Target Duration (TDTT) | B | Dividend | | | Sold | 10/16/19 | K | A | |
| 102. -Northern Fds Global Real Estate (NGREX) | B | Dividend | | | Sold | 10/15/19 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place (X) after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Bank of Ireland | | None | | | Closed | 08/27/19 | M | | |
| 104. Inherited IRA # 2 (H) | | | | | | | | | |
| 105. -Abbott Labs - ABT | | None | | | Sold | 11/25/19 | J | | |
| 106. -Abbvie - ABBY | | None | | | Sold | 11/25/19 | J | | |
| 107. -Alphabet - GOOG | | None | | | Sold | 11/25/19 | J | | |
| 108. -American Express - AXP | | None | | | Sold | 11/25/19 | J | | |
| 109. -Apple - AAPL | | None | | | Sold | 11/25/19 | J | | |
| 110. -Bristol Myers Squibb -BMY | | None | | | Sold | 11/25/19 | J | | |
| 111. -Chevron - CVX | | None | | | Sold | 11/19/19 | J | | |
| 112. -Cisco - CSCO | | None | | | Sold | 11/25/19 | J | | |
| 113. -Citigroup -C | | None | | | Sold | 11/25/19 | J | | |
| 114. -CocaCola - KO | | None | | | Sold | 11/25/19 | J | | |
| 115. -Costco - COST | | None | | | Sold | 11/25/19 | J | | |
| 116. -Eaton - ETN | | None | | | Sold | 11/25/19 | J | | |
| 117. -EcoLab - ECL | | None | | | Sold | 11/25/19 | J | | |
| 118. -Emerson Electric - EMR | | None | | | Sold | 11/25/19 | J | | |
| 119. -Exxon Mobil - XOM | | None | | | Sold | 11/19/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place (X) after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Home Depot - HD | | None | | | Sold | 11/25/19 | J | | |
| 121. -Intel - INTC | | None | | | Sold | 11/25/19 | J | | |
| 122. -Intercontinental Exchange - ICE | | None | | | Sold | 11/25/19 | J | | |
| 123. -Johnson and Johnson - JNJ | | None | | | Sold | 11/19/19 | J | | |
| 124. -JP Morgan - JPM | | None | | | Sold | 11/25/19 | J | | |
| 125. -Merck - MRK | | None | | | Sold | 11/25/19 | J | | |
| 126. -Target Duration Tips Index - TDTT (X) | A | Dividend | K | T | | | | | |
| 127. -Morningstar Global - GUNR (X) | A | Dividend | J | T | | | | | |
| 128. -MSCI Emerging Markets -EEM | | Dividend | | | Sold | 12/05/19 | J | | |
| 129. -SPDR S&P Midcap 400 - MDY (X) | A | Dividend | J | T | | | | | |
| 130. -Microsoft - MSFT | | None | | | Sold | 11/25/19 | J | | |
| 131. -Modelez - MDLZ | | None | | | Sold | 11/25/19 | J | | |
| 132. -Nike - NKE | | None | | | Sold | 11/25/19 | J | | |
| 133. -Norfolk Southern - NSC | | None | | | Sold | 11/25/19 | J | | |
| 134. -Pfizer - PFE | | None | | | Sold | 11/25/19 | J | | |
| 135. -Schwab Common - SCHW | | None | | | Sold | 11/25/19 | J | | |
| 136. -Walt Disney - DIS | | None | | | Sold | 11/25/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carney, Cormac J.** | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Wells Fargo - WFC | | None | | | Sold | 11/25/19 | J | | |
| 138.  -Northern Intl Equity Index - NOINX (X) | | None | K | T | | | | | |
| 139. | | | | | Buy (add'l) | 11/22/19 | J | | |
| 140. | | | | | Buy (add'l) | 12/04/19 | K | | |
| 141.  -Northern Global Real Estate - NGREX (X) | | None | J | T | | | | | |
| 142.  -Northern Ultra Short Fixed Income - NUSFX (X) | A | Int./Div. | L | T | | | | | |
| 143. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 144.  -Northern Bond Index - NOBOX (X) | | None | K | T | | | | | |
| 145.  -Northern Emerging Markets Equity - NOEMX (X) | A | Dividend | J | T | | | | | |
| 146.  -Northern High Yield Fixed Income - NHFIX (X) | | None | J | T | | | | | |
| 147. | | | | | Sold (part) | 11/22/19 | K | | |
| 148.  -Northern International Equity - NOIGX | | None | | | Sold | 11/22/19 | J | | |
| 149.  -SPDR S&P 500 - SPY | A | Dividend | L | T | Buy | 11/27/19 | L | | |
| 150.  -Dimensions Emergying Markets - DFCEX | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 151.  IRA # 2 (H) | | | | | | | | | |
| 152.  -Northern Equity Index Midcap - NOMIX | | None | J | T | Buy | 12/05/19 | J | | |
| 153.  -Northern Equity Intl Eqty - NOINX | | None | K | T | Buy | 12/05/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Northern Global Real Estate - NGREX | | None | J | T | Buy | 12/05/19 | J | | |
| 155. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 156. -Northern Bond Index - NOBOX | | None | L | T | Buy | 12/05/19 | L | | |
| 157. -Northern Emerging Markets - NOEMX | | None | J | T | Buy | 12/05/19 | J | | |
| 158. -Northern Small Cap Index - NSIDX | | None | J | T | Buy | 12/05/19 | J | | |
| 159. -Northern StockIndex - NOSIX | | None | L | T | Buy | 12/05/19 | L | | |
| 160. -Northern High Yield Fixed Income - NHFIX | | None | K | T | Buy | 12/05/19 | K | | |
| 161. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 162. -DFA Intl Small Co - DFISX | | None | J | T | Buy | 12/05/19 | J | | |
| 163. -Target Duration Tips - TDTT | | None | J | T | Buy | 12/06/19 | J | | |
| 164. -Morningstar Global Res Index - GUNR | | None | J | T | Buy | 12/06/19 | J | | |
| 165. | | | | | Sold (part) | 12/13/19 | J | | |
| 166. -Stoxx Global Broad Index - NFRA | | None | J | T | Buy | 12/06/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII: Items 2 and 46: On October 8, 2019, the Vanguard Wellington Fund held as an individual account was transferred in-kind to Brokerage #1.

2. Part VII: Items 3 and 47: On October 8, 2019, the Vanguard Health Fund held as an individual account was transferred in-kind to Brokerage #1.

3. Part VII: Items 4 and 48: On October 28, 2019, the Janus Henderson Fund held as an individual account was transferred in-kind to Brokerage #1.

4. Part VII: Items 5 and 56: On November 4, 2019, the American Century Ultra Fund held as an individual account was transferred in-kind to Brokerage #1.

5. Part VII: Item 103: The Bank of Ireland account was closed when control passed upon death of account holder on June 8, 2019.

6. Part VII: Items 105 - 148: On October 29, 2019, these inherited assets were transferred in-kind.

| Name of Person Reporting | Date of Report |
|---|---|
| Carney, Cormac J. | 04/24/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Cormac J. Carney

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544